IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ATP OF THE CAROLINAS, LLC, a South Carolina Limited Liability Company, ) ) ) ) | CIVIL ACTION NO.: 2:05-00522-18 |
| Plaintiff, ) ) | |
| vs. ) ) | ORDER VACATING DEFAULT AND DISMISSAL AS TO |
| LEE SOUTHERN, INTERNATIONAL ASSOCIATION OF BUSINESSES, INC., and MEDICAL HEALTH VENTURES, INC., ) ) ) ) ) | DEFENDANTS INTERNATIONAL ASSOCIATION OF BUSINESSES, INC. AND MEDICAL HEALTH VENTURES, INC. |
| Defendants. ) _____ ) | |

UPON JOINT MOTION of William K. Swope, attorney for the Plaintiff and Samuel H. Altman, one of the attorneys for the Defendants, International Association of Businesses, Inc. ("IAB") and Medical Health Ventures, Inc. ("MHV"),

IT IS HEREBY decreed that the Order of Default issued by this Court on May 30, 2006, against IAB and MHV, and naming Roger W. Wood as attorney for these Defendants is hereby vacated, and

IT IS FURTHER ORDERED that IAB and MHV are hereby dismissed with prejudice.

AND IT IS SO ORDERED this 8th day of August, 2006.

_____
The Honorable David C. Norton

WE SO MOVE:

WE SO MOVE:

_____

_____

William K. Swope, Esquire
Federal I.D. #5268
The Swope Law Firm
1535 Sam Rittenberg Blvd., Suite E
Charleston, SC 29407
Telephone:  852-4925
swopelaw@scbar.org

Samuel H. Altman, Esquire
Federal I.D. #1066
Derfner, Altman & Wilborn, LLC
40 Calhoun Street, Suite 410
Charleston, SC 29402-0600
Telephone: 723-9804
saltman@dawlegal.com

_____

James T. Irvin, Jr., Esquire
Irvin Law Firm
1115 48th Ave., N., Suite 122
Myrtle Beach, SC 29577
Telephone: 467-2200
ivinlawfirm@aol.com